UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80649-CIV-HURLEY/LYNCH

VINCENT L. JONES,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF CLOSE OUT

**THIS CAUSE** is before the court upon the parties' joint stipulation of dismissal with prejudice [DE # 38] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on July 17, 2008. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED WITH PREJUDICE**.
2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.
3. The Clerk of the Court shall enter the case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 21st day of July, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*